NO. 07-08-0044-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 12, 2008
_____

ANDRE DION CUNNINGHAM, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 18352-B; HONORABLE JOHN B. BOARD, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Andre Dion Cunningham filed a *pro se* notice of appeal from his criminal conviction.[1] Now pending before the Court is appellant's motion to dismiss his appeal, also filed *pro se*. The motion is signed by appellant. In this circumstance, we find the motion meets the requirements of Rule 42.2(a) of the Texas Rules of Appellate Procedure. No decision having been delivered to date, we grant the motion. Accordingly, the appeal is

---

[1] Appellant was represented by retained counsel at trial.

dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.


James T. Campbell
Justice


Do not publish.